IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

James B. Williamson,
           Plaintiff,

v.

Jeanne Woodford, Cdc Director, et. al,
           Defendant.

CASE NO. C 07 3228 CW (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, **James Williamson**, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

**October 1993**

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or   Yes ___ No **X**
       self employment
    b. Income from stocks, bonds,   Yes ___ No **X**
       or royalties?

1

    c. Rent payments?     Yes ___ No **X**
    d. Pensions, annuities, or life insurance payments?     Yes ___ No **X**
    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No **X**

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes ___ No **X**

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ — 0 —     Net $ — 0 —

4. a. List amount you contribute to your spouse's support:

$ — 0 —

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

N/A

5. Do you own or are you buying a home?    Yes ___ No **X**

Estimated Market Value: $ — 0 —    Amount of Mortgage: $ — 0 —

6. Do you own an automobile?    Yes ___ No **X**

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ — 0 —

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No X

Name(s) and address(es) of bank: ___—___

Present balance(s): $ — 0 —

Do you own any cash? Yes X No ___ Amount: $ /  /  /

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No X

8.  What are your monthly expenses?

Rent: $ ~~█~~  Utilities: ___

Food: $ 45.00  Clothing: ___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| — | $ — | $ — |
| — | $ — | $ — |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

No

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court. Yes

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/16/05        James Williamson
DATE            SIGNATURE OF APPLICANT

4

Case Number:_____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___WILLIAMSON___ for the last six months at [prisoner name]

___Pelican Bay State___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____        _____
                         Authorized officer of the institution

5