# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED JUN 19 PM 2:41 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N.D. CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number **C 07 3228 CW (PR)**

Your petition is deficient because:

1. **✓** You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. ____ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    ____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    ____ You did not sign your <u>In Forma Pauperis</u> Application.

    **✓** You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/01

WILLIAMSON