James Williamson
P.B.S.P. #54288
P.O. Box 7500
Crescent City, CA 95532
<Petitioner>

FILED
JUL 31 2007

July 25, 2007

Clerk of U.S.,
Northern Dist. Court

Re: Williamson v. Horel, USNDC Case No. C 07-3228 CW (PR)

Dear Clerk, Please find enclosed my Habeas Petition-IFP Applic. I'm writing to notify your court of complications I am experiencing in getting the IFP "Account Certificate" you sent me officially processed and mailed back to you promptly before the expiration of the 30-day deadline. I would like to ask for extension of time, but do not know how long it'll be withheld!

According to the prison's Trust Account Office, they completed the Certificate and forwarded it to the D-Facility SHU Law Library for final processing and mailing out to you on July 13, 2007. (See attached "EXH.s 1-3) I wrote the D-Fac. Law Library a GA-22 Request to mail out the Certificate that same evening (7/13) and again on July 17th, 2007. But received no response in getting the Certificate. Concerned that this non-responsiveness may be part and parcel to other problems I'm experiencing here which include a similar issue of previous legal documents (ie, gov. Complaint/Declaration/Exh.s) that disappeared enroute to or at law library (between 3/8-3/11); I have filed a grievance to Respondent/Warden Horel requesting he order his involved law library guard(s) to process my Account Certificate for mailing out to you.

I ask for your patience until this matter is resolved.

encl. EXH.s 1-3 (GA-22 Req.s dated 7/12-7/17)

Williamson James

=EXHIBIT=

# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

DATE: 7-12-07
TO: TRUST ACCOUNT OFFICER SUPERVISOR PBSP TRUST ACCT Office
FROM (LAST NAME): Williamson, J
CDC NUMBER: d34288
HOUSING: J4
BED NUMBER: 107
WORK ASSIGNMENT:
JOB NUMBER FROM / TO:
OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): Re: Follow up on Processing My Court Certificate
ASSIGNMENT HOURS FROM / TO:

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am writing to inquire as to (1) Did your office get my court "Certificate" Account statements of the last 6-months? and if so, (2) Will it possibly be processed to the Law Library by next week, i have a court deadline.

INTERVIEWED BY: J Kleppin
DISPOSITION: Your cert was processed on 7/10/07 - + was mailed to the Law Library on 7/11. You should be hearing from them soon.
DATE: 7-13-07

VC Cox

EXHIBIT ①

---

=EXHIBIT=

# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)
DEPARTMENT OF CORRECTIONS

DATE: 7/13/07
TO: D-SHU law library % Murray
FROM (LAST NAME): Williamson, J
CDC NUMBER: d34288
HOUSING: d4
BED NUMBER: 107
WORK ASSIGNMENT:
JOB NUMBER FROM / TO:
OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): Re: Processing legal Certificate" to U.S.D.C. before 7/19th
ASSIGNMENT HOURS FROM / TO:

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to have my habeas petition documents provided to be included with my "Account Certificate" forwarded to your Library for mailing out to court before my July 19th deadline.

INTERVIEWED BY:
DISPOSITION: (No Reply! JW 7/26/07)
DATE:

② 

EXHIBITS 1-3

*My File Recs Copy*

| STATE OF CALIFORNIA | INMATE REQUEST FOR INTERVIEW | DEPARTMENT OF CORRECTIONS |
| --- | --- | --- |
| GA-22 (9/92) | | |

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
| --- | --- | --- | --- |
| 7/17/07 | D-SHU LAW LIBRARY LTA Griffin | Williamson, J | D34288 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM / TO |
| --- | --- | --- | --- |
| D 4 | 107 | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): Re: REQUEST TO MAIL OUT "ACCOUNT" "CERTIFICATE" Before Courts 7/19th Deadline

ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

The U.S.N.D.C. gave me until July 19th to have the Account "CERTIFICATE" mailed To The Court. According to PBSP Trust Account Office (J. Kleppin), my Certificate was sent to your Law Library on 7/11/07 for processing. Could you let me mail it out ASAP before 7/19th?

*Do NOT write below this line. If more space is required, write on back.*

INTERVIEWED BY: 

DATE:

DISPOSITION: (No Reply! JW 7/26/07)

③

EXHIBITS 1-3