**FILED**

JUL 3 1 2007

E-filing RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Williamson,
       Plaintiff,

vs.

Robert Horel,
       Defendant.

CASE NO. C 07 3228 CW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, James B. Williamson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. C07-3228   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___1994_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or            Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,         Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                     Yes ___ No ✓
14     d.   Pensions, annuities, or            Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    _____
6    _____
7    5.    Do you own or are you buying a home?        Yes ____ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?                   Yes ____ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No _____ If so, Total due: $_____
12   Monthly Payment: $ _____
13   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No ✓
20   _____
21   8.    What are your monthly expenses?
22   Rent: $ — 0 —                              Utilities: — 0 —
23   Food: $ 45⁰⁰ per Mo. (When Possible)       Clothing: _____
24   Charge Accounts: — 0 —
25   Name of Account            Monthly Payment            Total Owed on This Acct.
26   _____            $ _____            $ _____
27   _____            $ _____            $ _____
28   _____            $ _____            $ _____  9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. C07-3228    - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   7/13/08                             James Williamson
17    DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. C07-3228  - 4 -