IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAMSON,<br><br>    Petitioner,<br><br>   v.<br><br>ROBERT HOREL,<br><br>    Respondent.<br>_____/ | No. C 07-03228 CW (PR)<br><br>ORDER OF TRANSFER |

    Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus.

    Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a State court is properly filed in either the district of confinement or the district of conviction. <u>Id.</u> § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." <u>See</u> 28 U.S.C. § 1406(a).

    Here, Petitioner challenges a conviction and sentence incurred in Sacramento County Superior Court, which is in the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

1    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
2 in the interest of justice, the Clerk of the Court is ordered to
3 TRANSFER this action forthwith to the United States District Court
4 for the Eastern District of California.
5    IT IS SO ORDERED.

6
Dated:  9/6/067
7                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAMSON,

        Plaintiff,

  v.

ROBERT HOREL et al,

        Defendant.

                       /

Case Number: CV07-03228 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James R. Williamson D34288
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: September 6, 2007

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk