**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 7, 2007

Clerk, U.S. District Court
Eastern District of California
501  I  Street
Suite 4-200
Sacramento, CA 95814-7300

RE: CV 07-03228 CW   JAMES WILLIAMSON-v-ROBERT HOREL

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk


by:  Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record